**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed August 18, 2020.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-20-00514-CV**

**IN RE KURARAY AMERICA, INC., Relator**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-62973**

## MEMORANDUM OPINION

On July 21, 2020, relator Kuraray America, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Daryl L. Moore, presiding judge of the 333rd District Court of Harris County, to vacate his July 6, 2020 order, granting a motion to quash filed by real parties in interest.

On August 10, 2020, relator filed an unopposed motion to dismiss its petition for writ of mandamus because the trial court withdrew the July 6, 2020 discovery order. Relator's request for relief is moot. The motion is GRANTED.

Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction. We also dismiss as moot relator's motion emergency motion for temporary relief.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.